USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                      :
:
          -against-                       :   22-MJ-8997 (VEC)
:
:   ORDER
JONATHAN LAUREANO,                                             :
                            Defendant.  :
:
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 10, 2022, the Government appealed Magistrate Judge Cave's decision granting the Defendant bail; and

      WHEREAS on November 10, 2022, the parties appeared before the Court for a bail hearing;

      IT IS HEREBY ORDERED that the Defendant's bail application is DENIED for the reasons stated at the hearing.

**SO ORDERED.**

Date:  **November 10, 2022**
        **New York, NY**

                                              **VALERIE CAPRONI**
                                              **United States District Judge**